PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00157-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S PETITION FOR WRIT OF ERROR CORAM NOBIS; ORDER |
| v. | |
| SURJIT SINGH, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a petition for writ of error *coram nobis* on January 24, 2023.  ECF 3.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule as follows:

1.   The United States response to the Defendant's petition for writ of error *coram nobis* (ECF 3) be filed on or before May 18, 2023;

2.   Defendant's reply, if any, be filed on or before June 1, 2023.

STIPULATION RE BRIEFING SCHEDULE                                 1

IT IS SO STIPULATED.

Dated:  April 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ Michelle Rodriguez
MICHELLE RODRIGUEZ
Assistant United States Attorney

Dated:  April 20, 2023

/s/ Erin J. Radekin
ERIN J. RADEKIN
Counsel for Defendant
SURJIT SINGH

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding:

a) The government's response to the Defendant's petition for writ of error *coram nobis* (ECF 3), is due on or before May 18, 2023;

b) The defendant's reply, if any, is due on June 1, 2023.

IT IS SO FOUND AND ORDERED this 20th day of April 2023.

Troy L. Nunley
United States District Judge