PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00157-TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S PETITION FOR WRIT OF ERROR CORAM NOBIS; ORDER |
| v. | |
| SURJIT SINGH, | |
| Defendant. | |

The United States, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate to a new briefing schedule in this matter.

Defendant filed a petition for writ of error *coram nobis* on January 24, 2023.  ECF 3.

Accordingly, the parties hereby stipulate and jointly request the Court modify the briefing schedule as follows:

1. The United States response to the Defendant's petition for writ of error *coram nobis* (ECF 3) be filed on or before May 22, 2023;

2. Defendant's reply, if any, be filed on or before June 12, 2023.

STIPULATION RE BRIEFING SCHEDULE            1

IT IS SO STIPULATED.

Dated: May 18, 2023                             PHILLIP A. TALBERT
                                                United States Attorney


                                                /s/ Michelle Rodriguez
                                                MICHELLE RODRIGUEZ
                                                Assistant United States Attorney


Dated: May 18, 2023                             /s/ Erin J. Radekin
                                                ERIN J. RADEKIN
                                                Counsel for Defendant
                                                SURJIT SINGH


## ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding:

a)   The government's response to the Defendant's petition for writ of error *coram nobis* (ECF 3), is due on or before May 22, 2023;

b)   The defendant's reply, if any, is due on June 12, 2023.


IT IS SO FOUND AND ORDERED this 18th day of May 2023.


                                                _____
                                                Troy L. Nunley
                                                United States District Judge