**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
**SURJIT SINGH**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                    Plaintiff, <br> v. <br><br> **SURJIT SINGH**, <br><br>                    Defendant | CASE NO. 2:20-CR-0157-TLN <br><br> **STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE RE: CORAM NOBIS PETITION** |

The United States, by and through its attorney of record, Michelle Rodriguez, and defendant Surjit Singh, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order modifying the briefing schedule pertaining to Mr. Singh's petition for a writ of error coram nobis, ECF No. 3.

The parties agree and stipulate as follows:

1.  Mr. Singh's petition for a writ of error coram nobis was filed on January 24, 2023. ECF No. 3.

1

2. On May 19, 2023, the Court adopted the parties' stipulation modifying the briefing schedule pertaining to Mr. Singh's petition. ECF No. 12. Pursuant to the order, Mr. Singh's reply was due on June 12, 2023. *Id.*

3. The government timely filed its motion to dismiss and response on May 22, 2023. ECF No. 13.

4. Ms. Radekin has reviewed the government's motion to dismiss and response. The parties have conferred and agree that a modification of the briefing schedule is warranted to allow Ms. Radekin additional time to confer with Mr. Singh and to prepare the reply to the government's motion to dismiss and response.

5. The parties agree to the following modification of the briefing schedule to allow Ms. Radekin to complete these tasks: The reply to the government's motion to dismiss and response is due on or before July 12, 2023.

IT IS SO STIPULATED.

Dated: June 8, 2023                         PHILLIP A. TALBERT
                                            United States Attorney

                                             /s/ Michelle Rodriguez
                                            MICHELLE RODRIGUEZ
                                            Assistant United States Attorney

Dated: June 8, 2023                          /s/ Erin J. Radekin
                                            ERIN J. RADEKIN
                                            Counsel for Defendant
                                            SURJIT SINGH

2

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the following modification of the briefing schedule regarding defendant's petition for a writ of error coram nobis (ECF No. 3): The defendant's reply to the government's motion to dismiss and response (ECF No. 13), is due on or before July 12, 2023.

IT IS SO FOUND AND ORDERED this 8th day of June 2023.

_____
Troy L. Nunley
United States District Judge